**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 16-6638

———————————

SAM FREDERICK,

            Plaintiff – Appellant,

      v.

UNITED STATES OF AMERICA,

            Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Mary G. Lewis, District Judge.
(9:15-cv-02699-MGL)

———————————

Submitted:  September 13, 2016      Decided:  September 15, 2016

———————————

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Sam Frederick, Appellant Pro Se.   Marshall Prince, II, Assistant
United States Attorney, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sam Frederick appeals the district court's order accepting the magistrate judge's recommendation to grant the United States summary judgment on Frederick's malpractice action, brought pursuant to the Federal Tort Claims Act, 28 U.S.C.A. §§ 1346, 2671–2680 (West 2006 & Supp. 2016). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Frederick v. United States, No. 9:15-cv-02699-MGL (D.S.C. Apr. 4, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED